IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDMOUND CALLOWAY,          :
          Plaintiff,       :
     v.                    :   Case No. 3:08-cv-257-KRG-KAP
DENNY DiPAOLA,             :
          Defendant        :

### MEMORANDUM ORDER

This matter is before Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on January 10, 2012, docket no. 98, recommending that the plaintiff's motion for reconsideration at docket no. 86 be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed objections, docket no. 99, that can also be considered to appeal the denial of his motions for counsel, docket no. 94, and for a pretrial conference, docket no. 95. After de novo review of the record of this matter, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 2nd day of March, 2012, it is

ORDERED that the plaintiff's motion for reconsideration, docket no. 86, is denied. The Magistrate Judge's rulings on docket no. 94 and docket no. 95 are neither clearly erroneous nor contrary to law and are affirmed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Edmound Calloway CZ-1154
S.C.I. Coal Township
1 Kelley Drive
Coal Township, PA 17866-1021